**Donald James HURLBERT,**
**Plaintiff–Appellant,**

v.

**CITY OF NORTH CHARLESTON;**
**Glen Kramer, Defendants–**
**Appellees.**

**No. 10–6706.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Donald James Hurlbert, Appellant pro se. Stephanie Pendarvis McDonald, Sandra Jane Senn, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald James Hurlbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurlbert v. City of*

*North Charleston,* No. 9:09–cv–01084–HMH, 2010 WL 1492868 (D.S.C. Apr. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*